UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JACKSON, | Case No. 2:25-01806-WLH (ADS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| M.D. LUMIR, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, (Dkt. No. 6), and the Report and Recommendation of the United States Magistrate Judge, (Dkt. No. 10). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.      The Report and Recommendation (Dkt. No. 10) is accepted;

2.      The First Amended Complaint (Dkt. No. 6) is dismissed in its entirety; and

3.      Judgment is to be entered accordingly.

DATED:  June 25, 2026     _____

THE HONORABLE WESLEY L. HSU
United States District Judge

2