JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JACKSON, | Case No. 2:25-01806-WLH (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| M.D. Lumir, | |
| Defendant. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED:  June 25, 2026

_____
THE HONORABLE WESLEY L. HSU
United States District Judge